IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


DAWN SHAW                                                                      PLAINTIFF

V.                                          12-2040

ALLIED INTERSTATE                                                          DEFENDANT

<u>JUDGMENT IN A CIVIL CASE</u>


In accordance with the terms of the Notice of Acceptance of Offer of Judgment ( ECF

Document No. 19) filed this date, IT IS HEREBY ORDERED that judgment be entered for the

plaintiff Dawn Shaw and against the defendant Allied Interstate in the amount of Seven Hundred

Fifty Dollars ($750.00), plus reasonable costs and attorneys' fees incurred by plaintiff up to the

date of the Offer of Judgment only, in an amount mutually agreed upon by the parties, or as

determined by the Court if the parties cannot reach agreement.

Dated this 13th day of September, 2012.



CHRISTOPHER R. JOHNSON, CLERK


By _Sallie Hicks_
Deputy Clerk