*Kimmel and Silverman, P.C.*

**All Time for Selected File:**

**Shaw, Dawn v. Allied Interstate, Inc.**

Matter Id : 11-00710-ARWD

Today's Date: 10/4/2012      Client Id : 11-00516

| Date | Timekeeper | Task & Description | Original Time | Reduced Time | Original Rate | Reduced Rate | Original Amount | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 16, 2011 | Tara L. Patterson | Reviewed client's documents (.1); **opened file in AMICUS (.2 - not billed)**; drafted Letter of Representation to Allied (.1) | 0.4 | 0.2 | $ 300.00 | $ 225.00 | $ 120.00 | $ 45.00 |
| Nov 16, 2011 | Tara L. Patterson | Email to Dawn Shaw re: your case against Allied was accepted and advised how we intend to proceed with the litigation of her case | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Nov 16, 2011 | Tara L. Patterson | Email to Matt Johnson re: LOR and cease & desist | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Nov 16, 2011 | Craig Thor Kimmel | Email correspondence from Matt Johnson re: inquiry about phone number being called. | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| Nov 16, 2011 | Craig Thor Kimmel | Email correspondence with Johnson, Matthew re: provided Allied with phone number being called and brief synopsis of case | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| **Nov 17, 2011** | **Tara L. Patterson** | **Email correspondence with Angela K. Troccoli re: completed Q and FA (not billed)** | **0.1** | **0.0** | **$ 300.00** | **$ 225.00** | **$ 30.00** | **$ -** |
| Jan 12, 2012 | Craig Thor Kimmel | Email correspondence from Johnson, Matthew re: Allied's account notes and analysis of claims against Allied | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| Jan 13, 2012 | Craig Thor Kimmel | Email correspondence with Johnson, Matthew re: response to Allied analysis of the strength of Plaintiff's claims | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| Jan 13, 2012 | Craig Thor Kimmel | Email correspondence from Johnson, Matthew re: inquiry if Plaintiff saw the number that was calling her and whether Plaintiff spoke with anyone | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| Jan 16, 2012 | Craig Thor Kimmel | Email correspondence with Johnson, Matthew re: provided phone number at work where client was getting calls | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |

| Date | Name | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| Jan 16, 2012 | Craig Thor Kimmel | Email correspondence from Johnson, Matthew re: needs the number that was calling client | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| Jan 16, 2012 | Craig Thor Kimmel | Email correspondence with Johnson, Matthew re: provided the Allied number that was calling client | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| Feb 15, 2012 | Tara L. Patterson | Reviewed client's file and drafted complaint; reviewed local rules of WD of AR for formatting of complaint; and reviewed WD to AR to determine court which complaint to be filed. | 1.0 | 1.0 | $ 300.00 | $ 225.00 | $ 300.00 | $ 225.00 |
| Feb 15, 2012 | Tara L. Patterson | Email to Dawn Shaw re: review draft complaint | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Feb 16, 2012 | Tara L. Patterson | Email to Craig Thor Kimmel re: copy of draft complaint to review prior to filing | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Feb 20, 2012 | Craig Thor Kimmel | **Received email from Tara Patterson to review draft complaint (.1 - not billed)**; reviewed draft complaint (.2); emailed Tara Patterson that the draft complaint can be filed (.1) | 0.4 | 0.3 | $ 425.00 | $ 300.00 | $ 170.00 | $ 90.00 |
| Feb 20, 2012 | Tara L. Patterson | Email correspondence with Craig Thor Kimmel re: complaint ok to file; emailed Katelynn to inform her that the complaint is ready to be filed and to review the Local Rules for filing a complaint | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Feb. 21, 2012 | Katelynn Fitti | Prepared Civil Cover Sheet for Complaint (.1); Drafted Correspondence to Clerk of Court for filing of Complaint (.1); **Made copies of the complaint and mailed the complaint to the Court for filing (.1 - not billed)** | 0.3 | 0.2 | $ 165.00 | $ 100.00 | $ 49.50 | $ 20.00 |
| Feb 24, 2012 | Katelynn Fitti | Filing Fee | | | | | $ 350.00 | $ 350.00 |
| Feb 24, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov re: Summons Issued as to Allied Interstate and returned to attorney or plaintiff for service. Magistrate Notice/Consent form furnished to Attorney. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Feb 24, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov Docket Text: CIVIL COVER SHEET for case initiated by Dawn Shaw. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |

| Date | Attorney | Description | Hours | Billed | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| Feb 24, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>COMPLAINT with Jury Demand against Allied Interstate | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| **Feb 24, 2012** | **Katelynn Fitti** | **Received clocked in Complaint, saved in AMICUS, and calendared dates (.4 - not billed)** | **0.4** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 66.00** | **$ -** |
| Feb 27, 2012 | Katelynn Fitti | Drafted Notice of Lawsuit and Waiver of Service of Summons (.2); Drafted correspondence to Defendant about the Complaint (.1); **Mailed Complaint to Defendant (.1 - not billed)** | 0.4 | 0.3 | $ 165.00 | $ 100.00 | $ 66.00 | $ 30.00 |
| Mar 9, 2012 | Katelynn Fitti | Received and reviewed executed Waiver from OPC (.1); filed waiver with the Court (.1), **calendared dates (.1 - not billed)** | 0.3 | 0.2 | $ 165.00 | $ 100.00 | $ 49.50 | $ 20.00 |
| Mar 9, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>WAIVER OF SERVICE Returned Executed filed by Dawn Shaw. Allied Interstate sent waiver on 2/27/2012, answer due 4/27/2012. (Patterson, Tara) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Apr 11, 2012 | Amy L. Bennecoff | Email from Defendant requesting an extension to Answer Complaint (.1); confer with CTK and granted an extension to Answer only the Complaint (.1) | 0.2 | 0.2 | $ 300.00 | $ 225.00 | $ 60.00 | $ 45.00 |
| Apr 23, 2012 | Amy L. Bennecoff | Email from Defendant seeking an additional extension of time to answer the complaint (.1); conferred with CTK and denied the additional extension of time (.1) | 0.2 | 0.2 | $ 300.00 | $ 225.00 | $ 60.00 | $ 45.00 |
| Apr 24, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>NOTICE of Appearance by David M. Donovan on behalf of Allied Interstate. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Apr 24, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>Corporate Disclosure Statement by Allied Interstate. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Apr 26, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>MOTION for Extension of Time to File Answer or Responsive Pleading by Allied Interstate. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |

| Date | Name | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| Apr 26, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>TEXT ONLY ORDER granting [6] Motion for Extension of Time to Answer. Allied Interstate's eadline to file an answer or other responsive pleading is extended to May 4, 2012. Signed by Honorable P. K. Holmes, III on April 26, 2012. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| **Apr 26, 2012** | **Katelynn Fitti** | **Saved clocked in copy of order extending time for Defendant to Answer in AMICUS; updated calendar with response date (not billed)** | **0.1** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 16.50** | **$ -** |
| May 4, 2012 | Tara L. Patterson | Received and reviewed Email correspondence with NEF@arwd.uscourts.gov Docket Text: ANSWER to [1] Complaint by Allied Interstate. | 0.2 | 0.2 | $ 300.00 | $ 225.00 | $ 60.00 | $ 45.00 |
| **May 4, 2012** | **Katelynn Fitti** | **E-mail correspondence with 'tpatterson@creditlaw.com';'jgentilcore@creditlaw.com' re Answer to Complaint; deadline date for MTS (not billed)** | **0.1** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 16.50** | **$ -** |
| May 4, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov Docket Text: NOTICE by Allied Interstate Offer of Judgment | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| **May 4, 2012** | **Katelynn Fitti** | **Saved clocked in copy of OOJ in AMICUS; updated calendar with deadline to accept OOJ (not billed)** | **0.1** | **0.1** | **$ 165.00** | **$ 100.00** | **$ 16.50** | **$ 10.00** |
| May 4, 2012 | Craig Thor Kimmel | Email correspondence to Tara Patterson re: settlement discussions | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |
| May 4, 2012 | Tara L. Patterson | Email correspondence with Craig Thor Kimmel re: settlement discussions | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 4, 2012 | Tara L. Patterson | Email correspondence with Allison Intervallo re: correspondence from David Donovan - withdrawing OOJ | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 4, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>MOTION to Withdraw [8] Notice (Other) ECF Filing by Allied Interstate. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |

| Date | Name | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| May 7, 2012 | Tara L. Patterson | Received and reviewed e-mail correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>TEXT ONLY ORDER granting [9] Motion to Withdraw document. Document 8 is withdrawn from e record, and the Clerk of Court is directed to break the link to Document 8. Signed by Honorable P. K. Holmes, III on May 7, 2012. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 7, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>INITIAL SCHEDULING ORDER: Rule 26 Meeting Report due by 7/16/2012. Final Scheduling Order issue date 8/6/2012. Jury Trial set for 4/22/2013 at 09:00 AM in Fort Smith -- 3rd flr (Rm 310) before Honorable P. K. Holmes, III.Signed by Jane Ann Short, Courtroom Deputy for Honorable P. K. Holmes, III on May 7, 2012. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| **May 7, 2012** | **Katelynn Fitti** | **Saved clocked in copy of Motion to withdraw OOJ and Initial Scheduling order in AMICUS (.1); calendared dates in Initial Scheduling Order (.3) - not billed** | **0.4** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 66.00** | **$ -** |
| May 17, 2012 | Tara L. Patterson | Email correspondence to Dawn Shaw re: request for additional info to complete SED | 0.2 | 0.2 | $ 300.00 | $ 225.00 | $ 60.00 | $ 45.00 |
| May 17, 2012 | Tara L. Patterson | Email from Dawn Shaw re: provided additional information needed for SED | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 21, 2012 | Tara L. Patterson | Finished drafting SED (incorporated info from Plaintiff about individuals with knowledge of the calls) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 21, 2012 | Joseph L. Gentilcore | Research into local rules for Motion to Strike; Researched examples of MTS filed in Arkansas; drafted MTS | 3.1 | 2.7 | $ 225.00 | $ 150.00 | $ 697.50 | $ 405.00 |
| May 21, 2012 | Katelynn Fitti | Drafted correspondence for SED (.1); emailed Plaintiff's SED to David Donovan (.1) | 0.2 | 0.2 | $ 165.00 | $ 100.00 | $ 33.00 | $ 20.00 |
| May 23, 2012 | Tara L. Patterson | Reviewed and revised Memo of Law in Support of Motion to Strike Affirmative Defenses | 0.3 | 0.3 | $ 300.00 | $ 225.00 | $ 90.00 | $ 67.50 |
| May 23, 2012 | Tara L. Patterson | Email to Craig Thor Kimmel re: review Memo of Law In Support of Motion | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 23, 2012 | Craig Thor Kimmel | Received email from Tara Patterson to review memo of law (.1); reviewed memo of law (.2); emailed Tara Patterson with comments to memo of law (.1) | 0.4 | 0.4 | $ 425.00 | $ 300.00 | $ 170.00 | $ 120.00 |

| Date | Timekeeper | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| May 23, 2012 | Tara L. Patterson | Email with Joseph L. Gentilcore re: make changes to memo of law per CTK's comments; check local rules about filing a copy of Motion with Clerk | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 23, 2012 | Joseph L. Gentilcore | Made revisions to Memo of Law per CTK comments (.4); Drafted numbered paragraph Motion (.2); emailed Tara Patterson that Motion and Memo are ready to review (.1 - not billed) | 0.7 | 0.6 | $ 225.00 | $ 150.00 | $ 157.50 | $ 90.00 |
| May 23, 2012 | Tara L. Patterson | Reviewed Motion to Strike Affirmative Defenses. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 23, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>MOTION to Strike [7] Answer to Complaint (Affirmative Defenses) by Dawn Shaw. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 23, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>MEMORANDUM BRIEF in Support of [11] MOTION to Strike [7] Answer to Complaint (Affirmative Defenses) by Dawn Shaw. (Attachments: # (1) Cert. of Serv.) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| May 23, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>CERTIFICATE OF SERVICE by Dawn Shaw re [12] Memorandum Brief in Support, [11] MOTION to Strike [7] Answer to Complaint (Affirmative Defenses) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| **May 24, 2012** | **Katelynn Fitti** | **Saved clocked in copies of Motion to Strike, Memo, Proposed Order, and COS in AMICUS (.1); updated calendar (.1) - not billed** | **0.2** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 33.00** | **$ -** |
| May 24, 2012 | Katelynn Fitti | Drafted cover letter for Motion to Strike (.1); mailed MTS and Cover Letter to OPC (.1 - not billed) | 0.2 | 0.1 | $ 165.00 | $ 100.00 | $ 33.00 | $ 10.00 |
| May 30, 2012 | Craig Thor Kimmel | Email correspondence from Casey D. Laffey re: request for additional time to file opposition to Motion to Strike - 2 emails and replies | 0.4 | 0.2 | $ 425.00 | $ 300.00 | $ 170.00 | $ 60.00 |
| May 30, 2012 | Craig Thor Kimmel | Email to TLP, ALB, KF and PK advising that an extension was granted by Plaintiff to Defendant until 06/18/12 to file the MTS; update calendar | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |

| Date | Person | Description | Hours | Hours | Rate | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| **May 30, 2012** | **Katelynn Fitti** | **Email from Craig Thor Kimmel to update calendar for Defendant's Opposition to the Motion to Strike; updated calendar - not billed** | **0.2** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 33.00** | **$ -** |
| May 30, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>MOTION for Extension of Time to File Response/Reply by Allied Interstate. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jun 1, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>TEXT ONLY ORDER granting [14] Motion for Extension of Time to File Response/Reply. Defendant's deadline to file a Response to Plaintiff's Motion to Strike is extended to June 18, 2012. Signed by Honorable P. K. Holmes, III on June 1, 2012. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jun 18, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>MEMORANDUM BRIEF in Support of [15] Response to Motion to Strike Affirmative Defenses by Allied Interstate. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jun 18, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>RESPONSE to Motion re [11] MOTION to Strike [7] Answer to Complaint (Affirmative Defenses) filed by Allied Interstate | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jun 21, 2012 | Tara L. Patterson | Called and spoke with Allison (mr. Donovan's assistant) regarding the Rule 26(f) conference to be conducted today | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jun 21, 2012 | Tara L. Patterson | Spoke to Allison - Rule 26f to take place at 11:30 EST (10:30 CST) today | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jun 21, 2012 | Tara L. Patterson | Email correspondence with David Donovan re: joint status report | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jun 21, 2012 | Tara L. Patterson | Conducted Rule 26(f) meeting with Mr. Donovan | 0.2 | 0.2 | $ 300.00 | $ 225.00 | $ 60.00 | $ 45.00 |
| Jun 28, 2012 | Tara L. Patterson | Drafted Rule 26f report | 0.3 | 0.3 | $ 300.00 | $ 225.00 | $ 90.00 | $ 67.50 |
| Jun 28, 2012 | Tara L. Patterson | Email to David M. Donovan re: review the 26f report | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |

| Date | Attorney | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| Jul 2, 2012 | Tara L. Patterson | Email correspondence with David Donovan re: OPC agrees with Rule 26f Report. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jul 3, 2012 | Tara L. Patterson | Filed Rule 26(f) report | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jul 3, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>FINAL SCHEDULING ORDER: Jury Trial set for 4/22/2013 at 09:00 AM in Fort Smith -- 3rd flr (Rm 10) ore Honorable P. K. Holmes, III. Signed by Jane Ann Short, Courtroom Deputy for Honorable P. K. Holmes, III on July 3, 2012. (jas) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jul 3, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br> Docket Text:<br>JOINT REPORT of Rule 26(f) Planning Meeting by Dawn Shaw. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| **Jul 9, 2012** | **Katelynn Fitti** | **E-mail correspondence with 'tpatterson@creditlaw.com' re: Discovery drafted and ready to be reviewed - not billed** | **0.1** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 16.50** | **$ -** |
| **Jul 9, 2012** | **Katelynn Fitti** | **Calendared dates from Court's Final Scheduling order - not billed** | **0.3** | **0.0** | **$ 165.00** | **$ 100.00** | **$ 49.50** | **$ -** |
| **Jul 9, 2012** | **Tara L. Patterson** | **Email correspondence with Katelynn Fitti re: draft ROGs, PODs and RFAs to review (not billed)** | **0.1** | **0.0** | **$ 300.00** | **$ 225.00** | **$ 30.00** | **$ -** |
| Jul 23, 2012 | Tara L. Patterson | Reviewed draft PODs to send to Defendant | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jul 23, 2012 | Tara L. Patterson | Reviewed draft ROGs to send to Defendant | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jul 24, 2012 | Tara L. Patterson | Drafted cover letter to OPC for discovery requests | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jul 24, 2012 | Tara L. Patterson | Email to David M. Donovan re: discovery requests sent to OPC | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Jul 31, 2012 | Katelynn Fitti | Received and reviewed Defendant's Int. Disclosures (.1); scanned/saved in AMICUS (.1 - not billed) | 0.2 | 0.1 | $ 165.00 | $ 100.00 | $ 33.00 | $ 10.00 |
| Aug 24, 2012 | Joseph L. Gentilcore | Email to D. Schleifstein re: Allied can have 2 weeks to respond to Plaintiff's discovery requests; Will speak with client and will provide a settlement demand | 0.1 | 0.1 | $ 225.00 | $ 150.00 | $ 22.50 | $ 15.00 |

| Date | Attorney | Description | Hours | Hours | Rate | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| Aug 28, 2012 | Tara L. Patterson | E-mail correspondence with jgentilcore@creditlaw.com re: D. Schleifstein requesting a settlement demand | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 6, 2012 | Tara L. Patterson | Email to Dawn Shaw re: information about case | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Call from Dan requesting a settlement demand. | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Email to Daniel A. Schleifstein re: amount client will accept for OOJ | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Discussion with Craig Thor Kimmel re: settlement of case | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Email to Craig Thor Kimmel re: settlement discussions (amount of OOJ Defendant willing to issue) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Email to Dawn Shaw re: offer of judgment received and discussion of the substance of the offer | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Joseph L. Gentilcore | Discussion with Tara Patterson re client's contact information; did research to locate current telephone number for client | 1.0 | 0.3 | $ 225.00 | $ 150.00 | $ 225.00 | $ 45.00 |
| Sep 7, 2012 | Tara L. Patterson | Calls to Client about OOJ | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Email correspondence with Craig Thor Kimmel re: settlement discussions | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Conversation with Craig Thor Kimmel re: OOJ/settlement | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 7, 2012 | Tara L. Patterson | Email to D. Schleifstein re: settlement discussions (OOJ amount) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 10, 2012 | Tara L. Patterson | Email correspondence with Dawn Shaw re: client accepts OOJ (.1); **Email to client acknowledging receipt of email (.1 - not billed)** | 0.2 | 0.1 | $ 300.00 | $ 225.00 | $ 60.00 | $ 22.50 |
| Sep 10, 2012 | Craig Thor Kimmel | Email correspondence with Tara Patterson re: inquiry about acceptance of OOJ | 0.1 | 0.1 | $ 425.00 | $ 300.00 | $ 42.50 | $ 30.00 |

| Date | Attorney | Description | Original Time | Reduced Time | Original Rate | Reduced Rate | Original Amount | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| Sep 13, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>NOTICE of Acceptance with Offer of Judgment by Dawn Shaw (Attachments: # (1) Certificate of Service, # (2) Exhibit A)(not billed - after OOJ date) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
| Sep 13, 2012 | Tara L. Patterson | Received and reviewed email correspondence with NEF@arwd.uscourts.gov<br>Docket Text:<br>JUDGMENT in favor of Dawn Shaw against Allied Interstate in the amount of $750.00, re [19] Notice of Acceptance with offer of judgment. Signed by Christopher R. Johnson, Clerk on September 13, 2012. (not billed - after OOJ date) | 0.1 | 0.1 | $ 300.00 | $ 225.00 | $ 30.00 | $ 22.50 |
|  |  |  | **Original Time** | **Reduced Time** |  |  | **Original Amount** | **Reduced Amount** |
|  |  |  | 19.7 | 15.4 |  |  | $ 5,707.50 | $ 3,537.50 |