UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAWN SHAW,

        Plaintiff,

v.                        **Case No.: 2:12-cv-2040-PKH**

ALLIED INTERSTATE

        Defendant.

## SATISFACTION OF JUDGMENT

    Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: February 18, 2013         /S/ Tara L. Patterson
                                                    Tara L. Patterson, Esq.
                                                    PA Attorney ID: 88343
                                                    Kimmel & Silverman, P.C.
                                                    30 E. Butler Pike
                                                    Ambler, PA 19002
                                                    Phone: (215) 540-8888 ext. 103
                                                    Fax: (877) 788-2864
                                                    Email: tpatterson@creditlaw.com